◼ In the Matter of ANTHONY GENNUSO, Appellant, v CITY OF DUNKIRK, Respondent. [801 NYS2d 204]—Appeal from an order of the Supreme Court, Chautauqua County (Stephen W. Cass, A.J.), entered August 24, 2004. The order denied claimant's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.